IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MARTIN SILVERSTEIN,
    Plaintiff.

v.                                                        Civil No. 3:23cv684 (DJN)

GENWORTH LIFE INSURANCE CO.,
    Defendant.

## ORDER
**(Setting Deadline to Move for Class Certification)**

This matter comes before the Court on its own initiative. The Court's scheduling Order, (ECF No. 41), omitted setting a deadline for Plaintiff to move for class certification. Should Plaintiff choose to move for class certification, he must do so not later than September 19, 2024.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                           /s/
                                             David J. Novak
                                             United States District Judge

Richmond, Virginia
Date: March 21, 2024