UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| MARTIN SILVERSTEIN,<br>    Plaintiff,<br><br>    v.<br><br>GENWORTH LIFE INSURANCE COMPANY,<br>    Defendant. | Civil No. 3:23-cv-00684 (DJN) |

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF**
**CLASS ACTION SETTLEMENT**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff Martin Silverstein, individually and on behalf of a class of policy owners proposed to be certified for purposes of settlement (the "Settlement Class" or "Class"), respectfully moves this Court for an order:

1. Certifying the Settlement Class, appointing Plaintiff as Class Representative, and Susman Godfrey L.L.P. as Class Counsel;

2. Preliminarily approving the proposed Settlement, plan of allocation, and the form and manner of notice to the Settlement Class; and

3. Directing notice to the Class under Rule 23(e)(1).

Plaintiff has conferred with Defendant Genworth Life Insurance Company ("GLIC") pursuant to Local Rule 7.1, and GLIC has informed Plaintiff that it does not oppose the relief sought in this Motion.

Dated: September 13, 2024                               Respectfully submitted,

                                                        */s/ Kathleen J.L. Holmes*
                                                        Ellen D. Marcus (Virginia Bar No. 44314)
                                                        Kathleen J.L. Holmes (Virginia Bar No. 35219)
                                                        HOLMES COSTIN & MARCUS PLLC
                                                        908 King Street, Suite 330
                                                        Alexandria, VA 22314

Tel: 703-260-6401
Fax: 703-439-1873
emarcus@hcmlawva.com
kholmes@hcmlawva.com

Steven G. Sklaver (*pro hac vice*)
Glenn C. Bridgman (*pro hac vice*)
Nicholas N. Spear (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: 310-789-3100
Fax: 310-789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com
nspear@susmangodfrey.com

Seth Ard (*pro hac vice*)
Ryan Kirkpatrick (*pro hac vice*)
Zachary B. Savage (*pro hac vice*)
William J. Melsheimer (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: 212-336-8330
Fax: 212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com
zsavage@susmangodfrey.com
jmelsheimer@susmangodfrey.com

*Attorneys for Plaintiff Martin Silverstein*

## **CERTIFICATE OF SERVICE**

I certify that on this 13th day of September 2024, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Kathleen J.L. Holmes*
HOLMES COSTIN & MARCUS PLLC
908 King Street, Suite 330
Alexandria, VA 22314
Tel:    703-260-6401
Fax:   703-439-1873
kholmes@hcmlawva.com
