# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| MARTIN SILVERSTEIN,<br>    Plaintiff,<br><br>    v.<br><br>GENWORTH LIFE INSURANCE COMPANY,<br>    Defendant. | Civil No. 3:23-cv-00684 (DJN) |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to the Court's Order Preliminarily Approving Class Action Settlement and Federal Rule of Civil Procedure 23(e)(2), Plaintiff Martin Silverstein, individually and on behalf of a class of policy owners preliminarily certified for purposes of settlement (the "Settlement Class" or "Class"), respectfully moves this Court for final approval of the proposed Settlement. In support of this Motion, Plaintiffs will rely upon the accompany memorandum of law, the declarations attached thereto, and other written and oral argument as may be requested or permitted by the Court.

Dated: December 13, 2024         Respectfully submitted,

*/s/ Kathleen J.L. Holmes*
Ellen D. Marcus (Virginia Bar No. 44314)
Kathleen J.L. Holmes (Virginia Bar No. 35219)
HOLMES COSTIN & MARCUS PLLC
908 King Street, Suite 330
Alexandria, VA 22314
Tel:    703-260-6401
Fax:   703-439-1873
emarcus@hcmlawva.com
kholmes@hcmlawva.com

1

Steven G. Sklaver (*pro hac vice*)
Glenn C. Bridgman (*pro hac vice*)
Nicholas N. Spear (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel:   310-789-3100
Fax:   310-789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com
nspear@susmangodfrey.com

Seth Ard (*pro hac vice*)
Ryan Kirkpatrick (*pro hac vice*)
Zachary B. Savage (*pro hac vice*)
William J. Melsheimer (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.:   212-336-8330
Fax:   212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com
zsavage@susmangodfrey.com
jmelsheimer@susmangodfrey.com

*Attorneys for Plaintiff Martin Silverstein*

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of December 2024, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Kathleen J.L. Holmes*
HOLMES COSTIN & MARCUS PLLC
908 King Street, Suite 330
Alexandria, VA 22314